# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RANDOLPH HARRIS,** | : | **CIVIL ACTION NO. 1:10-CV-2582** |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **RICARDO MARTINEZ,** | : | |
| Respondent | : | |

## ORDER

AND NOW, this 3rd day of May, 2011, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241 filed on December 20, 2010, in which petitioner seeks credit for time he served in the custody of District of Columbia authorities,[1] and it appearing from the "Suggestion of Mootness" (Doc. 9) filed by respondent that petitioner was released from BOP custody on April 20, 2011 (Doc. 9-1, at 3),[2] thereby rendering the petition moot, see Khodara Envtl., Inc. ex rel. Eagle Envtl., L.P. v. Beckman, 237 F.3d 186, 192-93 (3d Cir. 2001) ("Article III of the Constitution grants the federal courts the power to adjudicate only actual, ongoing cases or controversies."); Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that

---

[1] Petitioner argued that his federal sentence was incorrectly computed in that he was not provided credit for time served in the custody of District of Columbia authorities.

[2] Petitioner's release was documented in the BOP Inmate Locator System. See http://www.bop.gov/iloc2/LocateInmate.jsp.

eliminate a plaintiff's personal stake in the me of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot."), it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED as moot.

2. The Clerk of Court is directed to CLOSE this case.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge